IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANGELA BUFORD,

    Plaintiff,

vs.                                                          Case No. 3:21-cv-00368-MCR-MAF

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

    Defendant.
_____/

# O R D E R

The magistrate judge issued a Report and Recommendation on February 7, 2022. ECF No. 14. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Because no objections were filed, the parties waived their right to challenge the District Court's order based on the unobjected-to factual and legal conclusions. 11th Cir. Rule 3-1; 28 U.S.C. § 636(b)(1)(C).

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. Commissioner's decision is AFFIRMED because it is supported by substantial evidence and premised on the proper legal principles. 42 U.S.C. § 405(g); *Lewis v. Callahan*, 125 F.3d 1436, 1440 (11th Cir. 1997).

3. Plaintiff's motion to the Court to award reasonable attorney's fees, is therefore, DENIED.

4. The Clerk is directed to CLOSE the file

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

.